THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robbie
 Blankenship, Appellant.
 
 
 

Appeal From Horry County
Carmen T. Mullen, Circuit Court Judge
Unpublished Opinion No. 2009-UP-256
Submitted May 1, 2009  Filed June 1, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott ,
 of Columbia; and Solicitor John G. Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Robbie Blankenship
 appeals her guilty plea and sentence for obtaining drugs by fraud or deceit, arguing
 the plea court failed to advise her of the penalty she faced by pleading guilty.  After a thorough review of
 the record and counsels brief, pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.